Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Margaret Rose Curry, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:21-cv-00555 |
| v. | ) |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff by their attorney, moves for a 61 day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed January 12, 2022.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace.  As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. Wherefore, Plaintiff requests an extension from January 12, 2022 up to and including March 14,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

2022 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated January 6, 2022.

                                                Respectfully submitted,

                                                */s/Hal Taylor*
                                                Hal Taylor, Esq.
                                                Of Counsel, Olinsky Law Group
                                                NV Bar No.: 4399
                                                2551 West Lakeridge Shores
                                                Reno, NV 89519
                                                Tel: (775) 825-2223
                                                Fax: (775) 329-1113
                                                HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, January 6, 2022, by CMECF to Daniel Talbert who are filing users of the CM/ECF system.

                                                */s/Hal Taylor*
                                                Hal Taylor, Esq.
                                                Of Counsel, Olinsky Law Group
                                                NV Bar No.: 4399
                                                2551 West Lakeridge Shores
                                                Reno, NV 89519
                                                Tel: (775) 825-2223
                                                Fax: (775) 329-1113
                                                HalTaylorLawyer@GBIS.com

IT IS SO ORDERED.
Dated:  January 10, 2022

_____
UNITED STATES MAGISTRATE JUDGE