Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET ROSE CURRY, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-00555 |
| v. | ) **SECOND CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |
| KILOLO KIJAKAZI[1], COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff by their attorney, moves for a 60 Days extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed March 14, 2022. Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. Wherefore, Plaintiff requests an extension from March 14, 2022 up to and including May 13, 2022 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated March 4, 2022.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

IT IS SO ORDERED.

Dated: March 4, 2022

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Second Motion for Extension of Time to be served today, March 4, 2022, by CMECF to Michonne Omo who are filing users of the CM/ECF system.

*/s/ Hal Taylor*
Hal Taylor
Attorney for Plaintiff

2