JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MICHONNE L. OMO, SBN IL 6309833
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4845
Facsimile: (415) 744-0134
E-Mail: Michonne.Omo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET ROSE CURRY, ) | Case No.: 2:21-cv-00555-CLB |
| Plaintiff, ) | |
| vs. ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF** |
| KILOLO KIJAKAZI, ) | **(FIRST REQUEST)** |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, by and through her undersigned attorneys, hereby moves for a 21-day extension of time to file her Answering Brief, changing the date on which the Answering Brief is due from June 9, 2022, to June 30, 2022. This is Defendant's first request for an extension to file her Answering Brief. Defendant conferred with counsel for Plaintiff, who confirmed on June 6, 2022, that Plaintiff does not object to this request.

Defendant submits that good cause exists for this extension because the attorney tasked with writing the Answering Brief has several concurrent deadlines and needs sufficient time to review the record, evaluate the issues raised in Plaintiff's Opening Brief, and prepare Defendant's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

WHEREFORE, Defendant requests until June 30, 2022, to file her Answering Brief.

Respectfully submitted,

Date:   June 6, 2022

/s/ *Hal Taylor
By: HAL TAYLOR
(*authorized by email on June 6, 2022)
Attorney for Plaintiff

Date:   June 6, 2022

JASON M. FRIERSON
Acting United States Attorney

/s/ Michonne L. Omo
MICHONNE L. OMO
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   June 6, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

**Hal Taylor**
haltaylorlawyer@gbis.com
*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2022

/s/ *Michonne L. Omo*
MICHONNE L. OMO
Special Assistant United States Attorney

Mot. Re: Extension; No. 3:21-cv-00222-CLB